**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon DURAN–ESPINOZA,**
**Defendant–Appellant.**

No. 11–40046
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

. Jose Luis Castillo, Esq., Hernandez & Castillo, P.C., Laredo, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ramon Duran–Espinoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Duran–Espinoza has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Duran–Espinoza's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Duran–Espinoza's motion for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.